UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>PARAMJIT SINGH,<br><br>　　　　　　　Defendant. | No.   2:98-CR-02099-WFN<br><br>ORDER QUASHING WARRANT<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Before the Court is the Government's Motion to Quash Warrant, ECF No. 30. The Government asks the Court to quash the underlying warrant against Defendant. The Court has reviewed the file and the Government's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Quash Warrant, filed October 28, 2014, **ECF No. 30**, is **GRANTED**.

2. The arrest warrant in the above-captioned case shall be **QUASHED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Marshals Service.

**DATED** this 29th day of October, 2014.

10-28-14

　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER QUASHING WARRANT